Daniel D. Harshman, Esq. (SBN 177139)
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, California 94104
Telephone: 415.617.6100
Facsimile: 415.617.6101

Attorneys for Plaintiff
ACE CAPITAL LIMITED on its own behalf and on behalf
of Underwriting members of Syndicate 2488

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACE CAPITAL LTD on it own behalf and on behalf of Underwriting members of Syndicate 2488,<br><br>Plaintiff,<br><br>vs.<br><br>STUBHUB, INC.<br><br>Defendant. | Case No.: C-07-04935<br><br>Judge: Marilyn Hall Patel<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

COMES NOW Plaintiff, ACE CAPITAL LIMITED on its own behalf and on behalf of Underwriting members of Syndicate 2488 ("ACE"), and pursuant to Local Rule 3-16 of this Court and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files its Certification of Interested Entities or Persons and Corporate Disclosure Statement as follows:

1. Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

///

1

    a.    ACE is the party Plaintiff in this action and is a wholly owned subsidiary within the ACE Limited group of companies.

    b.    ACE Limited is the holding company of ACE.

    c.    StubHub, Inc. is the party Defendant in this action.

    d.    eBay, Inc. is the parent corporation of StubHub, Inc.

    e.    NPS LLC is an underlying plaintiff in NPS LLC, et al. v. StubHub, Inc., et al., Civil Action No.: 06-4874 (Commw. Ct. of Mass).

    f.    The New England Patriots, L.P. is an underlying plaintiff in NPS LLC, et al. v. StubHub, Inc., et al., Civil Action No.: 06-4874 (Commw. Ct. of Mass).

2. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, ACE states as follows:

    a.    ACE is a United Kingdom corporation that operates through its insurance syndicate at Lloyd's, Syndicate 2488, and is authorized and registered by the Financial Services Authority of the United Kingdom. ACE's shares are not publicly traded on the New York Stock Exchange.

    b.    ACE Limited is the holding company of ACE. ACE Limited's shares are publicly traded on the New York Stock Exchange.

    c.    ACE Limited has no parent corporation and no publicly held corporation who owns 10 percent or more of its stock.

Dated: October 9, 2007

COZEN O'CONNOR

By: *[signature]*
DANIEL D. HARSHMAN
Attorneys for Plaintiff
ACE CAPITAL LIMITED
on its own behalf and on behalf of
Underwriting Members of Syndicate 2488

2

1 | Of Counsel:

2 | Lori S. Nugent (*Pro Hac Vice Application to be Filed*)
Josh M. Kantrow (*Pro Hac Vice Application to be Filed*)
3 | Beth A. Stroup (*Pro Hac Vice Application to be Filed*)
COZEN O'CONNOR
4 | 222 South Riverside Plaza
Suite 1500
5 | Chicago, Illinois 60606
Telephone: 312.382.3100
6 | Facsimile: 312.382.8910
Emails: LNugent@cozen.com, JKantrow@cozen.com and BStroup@cozen.com

8 | SAN_FRANCISCO\42963\1  195933.000

3

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT (Case No. C 07 04935)

# PROOF OF SERVICE

I, the undersigned, declare: I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the County of San Francisco, California, in which county the within mentioned service occurred. My business address is Cozen O'Connor, 425 California Street, Suite 1800, San Francisco, California 94104; Telephone: (415) 617-6100; Facsimile: (415) 617-6101.

On the date set forth below, I served the foregoing document(s):

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT**

on the parties, through their attorneys of record, addressed as set forth below:

HOWREY LLP
Keith A. Meyer
Stephanie M. Byerly
550 South Hope Street, Suite 1100
Los Angeles, California  90071

[ ]  **(By Facsimile)** I caused each such document to be sent via telecopier to the facsimile numbers listed for each party on the Service List on this date before 6:00 p.m.

[X]  **(By First Class Mail)** I sealed each envelope and caused each, with first-class postage thereon fully prepaid, to be placed for deposit in the United States mail at San Francisco, California.

[ ]  **(By Personal Service)** I caused each such envelope, with courier charges prepaid, if applicable, to be personally delivered by messenger and/or in-house messenger to the offices of each addressee.

[ ]  **(By E-mail)** I caused each such document to be sent via email to the email address listed for each party on the Service List on this date before 6:00 p.m.

[ ]  **(By Federal Express/UPS)** I caused each such envelope, with shipping charges fully prepaid, to be delivered to a Federal Express/UPS pick up box at San Francisco, California for next business day delivery.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

Executed October 9, 2007, at San Francisco, California.

By: _____
Maria J. Uhl

1

PROOF OF SERVICE (CASE NO. C 07 04935)