**FILED**
OCT 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Daniel D. Harshman (State Bar No. 177139)
   **COZEN O'CONNOR**
2  425 California Street, Suite 2400
   San Francisco, CA 94104
3  Tel.: (415) 617-6100
   Fax: (415) 617-6101
4  Email: dharshman@cozen.com

5  Lori S. Nugent (*Pro Hac Vice Application to be Filed*)
   Josh M. Kantrow (*Pro Hac Vice Application to be Filed*)
6  Beth A. Stroup (*Pro Hac Vice Application to be Filed*)
   **COZEN O'CONNOR**
7  222 S. Riverside Plaza, Ste. 1500
   Chicago, IL 60606
8  Tel.: (312) 382-3100
   Fax: (312) 382-8910
9  Email: lnugent@cozen.com
   Email: jkantrow@cozen.com
10 Email: bstroup@cozen.com

11
   Attorneys for Plaintiff
12 ACE CAPITAL LIMITED on its own behalf and on behalf
   of Underwriting members of Syndicate 2488
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17 ACE CAPITAL LTD on it own behalf and on behalf )   Case No.: C-07-04935 MHP
   of Underwriting members of Syndicate 2488,    )
18                                                )   Judge: Marilyn Hall Patel
              Plaintiff,                          )
19                                                )   (~~Proposed~~)
       vs.                                        )   **ORDER GRANTING APPLICATION**
20                                                )   **FOR ADMISSION OF ATTORNEY**
   STUBHUB, INC.                                  )   *PRO HAC VICE*
21                                                )
              Defendant.                          )
22

23      Beth A. Stroup, an active member in good standing of the bar of the State of Illinois (Bar No.

24 6256742) and the following United States District Courts: Northern District of Illinois (2005)

25 and whose business address and telephone number is Cozen O'Connor, 222 S. Riverside Plaza,

26 Ste. 1500, Chicago, IL 60606, (312) 381-3100, having applied in the above-entitled action for

27 admission to practice in the Northern District of California on a *pro hac vice* basis, representing
   ACE CAPITAL LIMITED.
28

PROPOSED ORDER GRANTING                          ACE Capital Ltd. v. StubHub
APPLICATION FOR ADMISSION                        CASE NO.: C-07-04935-MHP
OF ATTORNEY *PRO HAC VICE*                       Cozen O'Connor

1  IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/15/07

United States Judge Marilyn H. Patel

PROPOSED ORDER GRANTING
APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*

ACE Capital Ltd. v. StubHub
CASE NO.: C-07-04935-MHP
Cozen O'Connor