```
                                                          FILED
                                                          OCT 17 2007
                                                          RICHARD W. WIEKING
                                                          CLERK, U.S. DISTRICT COURT
                                                          NORTHERN DISTRICT OF CALIFORNIA
```

1  Daniel D. Harshman (State Bar No. 177139)
   **COZEN O'CONNOR**
2  425 California Street, Suite 2400
   San Francisco, CA 94104
3  Tel.: (415) 617-6100
   Fax: (415) 617-6101
4  Email: dharshman@cozen.com

5  Lori S. Nugent (*Pro Hac Vice Application to be Filed*)
   Josh M. Kantrow (*Pro Hac Vice Application to be Filed*)
6  Beth A. Stroup (*Pro Hac Vice Application to be Filed*)
   **COZEN O'CONNOR**
7  222 S. Riverside Plaza, Ste. 1500
   Chicago, IL 60606
8  Tel.: (312) 382-3100
   Fax: (312) 382-8910
9  Email: lnugent@cozen.com
   Email: jkantrow@cozen.com
10 Email: bstroup@cozen.com

11

12 Attorneys for Plaintiff
   ACE CAPITAL LIMITED on its own behalf and on behalf
   of Underwriting members of Syndicate 2488
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17 ACE CAPITAL LTD on it own behalf and on behalf )   Case No.: C-07-04935 MHP
   of Underwriting members of Syndicate 2488,    )
18                                               )   Judge: Marilyn Hall Patel
                  Plaintiff,                     )
19                                               )   ~~(Proposed)~~
           vs.                                   )   **ORDER GRANTING APPLICATION**
20                                               )   **FOR ADMISSION OF ATTORNEY**
   STUBHUB, INC.                                 )   ***PRO HAC VICE***
21                                               )
                  Defendant.                     )
22

23       Lori S. Nugent, an active member in good standing of the bar of the State of Illinois (Bar No.

24 6196627) and the following United States Courts:

25       Supreme Court of the United States (2006),

26       Seventh Circuit Court of Appeals (1995),

27       Eighth Circuit Court of Appeals (2003), and

28       Northern District of Illinois (1987),

---

PROPOSED ORDER GRANTING                           ACE Capital Ltd. v. StubHub
APPLICATION FOR ADMISSION                         CASE NO.: C-07-04935-MHP
OF ATTORNEY *PRO HAC VICE*                        Cozen O'Connor

and whose business address and telephone number is Cozen O'Connor, 222 S. Riverside Plaza, Ste. 1500, Chicago, IL 60606, (312) 381-3100, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ACE CAPITAL LIMITED.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/16/07

United States Judge Marilyn H. Patel

PROPOSED ORDER GRANTING
APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*

ACE Capital Ltd. v. StubHub
CASE NO.: C-07-04935-MHP
Cozen O'Connor