1  Daniel D. Harshman, Esq. (SBN 177139)
   COZEN O'CONNOR
2  425 California Street, Suite 2400
   San Francisco, California 94104
3  Telephone: 415.617.6100
   Facsimile: 415.617.6101
4
   Attorneys for Plaintiff
5  ACE CAPITAL LIMITED on its own behalf and on behalf
   of Underwriting members of Syndicate 2488
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  ACE CAPITAL LTD on it own behalf and on behalf )   Case No.: C-07-04935
    of Underwriting members of Syndicate 2488,     )
12                                                 )   Judge: Marilyn Hall Patel
               Plaintiff,                          )
13                                                 )   **ACCEPTANCE AND WAIVER OF**
       vs.                                         )   **SERVICE OF SUMMONS AND**
14                                                 )   **COMPLAINT BY DEFENDANT**
    STUBHUB, INC.                                  )   **STUBHUB, INC.**
15                                                 )
               Defendant.                          )
16  _____

17
         The undersigned, counsel for the named defendant in the captioned action, StubHub, Inc., is
18
    authorized to waive service of process and does hereby accept service of the summons and
19
    complaint in the case of *ACE Capital Ltd. v. Stubhub Inc.,* Case No. C 07-04935 MHP, effective the
20
    15th day of October, 2007.
21

22  Dated: October 15, 2007                HOWRY LLP

23
                                           By: _____
24                                             KEITH A. MEYER
                                               Attorneys for Defendant
25                                             STUBHUB, INC.

26