1  Daniel D. Harshman, Esq. (SBN 177139)
   COZEN O'CONNOR
2  425 California Street, Suite 2400
   San Francisco, California  94104
3  Telephone: 415.617.6100
    Facsimile: 415.617.6101
4
   Attorneys for Plaintiff
5  ACE CAPITAL LIMITED on its own behalf and on
   behalf of Underwriting members of Syndicate 2488
6

7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION

11 ACE CAPITAL LTD on it own behalf and on    )   Case No.: C-07-04935 MHP
   behalf of Underwriting members of Syndicate )
12 2488,                                       )
                                               )   STIPULATION AND PROPOSED
13         Plaintiff,                          )   ORDER FOR EXTENDING THE TIME
                                               )   FOR DEFENDANT STUBHUB, INC.
14    vs.                                      )   TO ANSWER, MOVE OR
                                               )   OTHERWISE RESPOND TO THE
15 STUBHUB, INC.                               )   COMPLAINT
                                               )
16         Defendant.                          )

17

18    WHEREAS plaintiff Ace Capital Ltd. filed its complaint in the United States
19 District Court for the Northern District of California on September 24, 2007;
20    WHEREAS defendant Stubhub, Inc. executed an acceptance and waiver of service
21 effective on October 15, 2007;
22    WHEREAS defendant Stubhub, Inc.'s response to the complaint will become due
23 on November 5, 2007;
24    WHEREAS the parties have reached an agreement in principle and are in the
25 process of finalizing the terms of settlement;
26    WHEREAS the parties have agreed to extend the time by which defendant
27 Stubhub, Inc. shall answer, move or otherwise respond to the complaint;
28
                                               1
   STIPULATION AND PROPOSED ORDER FOR EXTENDING TIME
   Case no. C-07-04935 MHP

1  WHEREAS this stipulation does not alter the date of any event or any deadline
2  already fixed by Court order;
3  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned
4  counsel that defendant Stubhub, Inc. shall have through and including December 5,
5  2007 to answer move or otherwise respond to the complaint.

6  Dated: November 1, 2007                HOWRY LLP

8                                         By: _____
                                           Keith A. Meyer, Esq.
9                                          Attorneys for Defendant
10                                         STUBHUB, INC.

11 Dated: November 1, 2007                COZEN O'CONNOR

13                                         By: _____
                                           Daniel D. Harshman, Esq.
14                                         Attorneys for Plaintiff
15                                         ACE CAPITAL LTD on its own behalf and on
                                           behalf of Underwriting members of
16                                         Syndicate 2488

18                                    ORDER

19  IT IS SO ORDERED

21                                         _____
                                           MARILYN HALL PATEL
22                                         United States District Judge

23  Dated: _____