1  Daniel D. Harshman, Esq. (SBN 177139)
   COZEN O'CONNOR
2  425 California Street, Suite 2400
   San Francisco, California 94104
3  Telephone: 415.617.6100
   Facsimile: 415.617.6101
4
   Attorneys for Plaintiff
5  ACE CAPITAL LIMITED on its own behalf and on
   behalf of Underwriting members of Syndicate 2488
6

7
8                  UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10                     SAN FRANCISCO DIVISION

11 | ACE CAPITAL LTD on it own behalf and on         ) Case No.: C-07-04935 MHP
   | behalf of Underwriting members of Syndicate    )
12 | 2488,                                          )
   |                                                ) STIPULATION AND ~~PROPOSED~~
13 |         Plaintiff,                             ) ORDER FOR EXTENDING THE TIME
   |                                                ) FOR DEFENDANT STUBHUB, INC.
14 |     vs.                                        ) TO ANSWER, MOVE OR
   |                                                ) OTHERWISE RESPOND TO THE
15 | STUBHUB, INC.                                  ) COMPLAINT
   |                                                )
16 |         Defendant.                             )

17

18     WHEREAS plaintiff Ace Capital Ltd. filed its complaint in the United States
19 District Court for the Northern District of California on September 24, 2007;
20     WHEREAS defendant Stubhub, Inc. executed an acceptance and waiver of service
21 effective on October 15, 2007;
22     WHEREAS defendant Stubhub, Inc.'s response to the complaint will become due
23 on November 5, 2007;
24     WHEREAS the parties have reached an agreement in principle and are in the
25 process of finalizing the terms of settlement;
26     WHEREAS the parties have agreed to extend the time by which defendant
27 Stubhub, Inc. shall answer, move or otherwise respond to the complaint;
28

1
STIPULATION AND PROPOSED ORDER FOR EXTENDING TIME
Case no. C-07-04935 MHP

1  WHEREAS this stipulation does not alter the date of any event or any deadline
2  already fixed by Court order;
3  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned
4  counsel that defendant Stubhub, Inc. shall have through and including December 5,
5  2007 to answer move or otherwise respond to the complaint.

Dated: November 1, 2007

HOWRY LLP

By: _____
Keith A. Meyer, Esq.
Attorneys for Defendant
STUBHUB, INC.

Dated: November 1, 2007

COZEN O'CONNOR

By: _____
Daniel D. Harshman, Esq.
Attorneys for Plaintiff
ACE CAPITAL LTD on its own behalf and on behalf of Underwriting members of Syndicate 2488

ORDER

IT IS SO ORDERED

Dated: 11/6/2007

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION AND PROPOSED ORDER FOR EXTENDING TIME
Case no. C-07-04935 MHP