1  Daniel D. Harshman, Esq. (SBN 177139)
   COZEN O'CONNOR
2  425 California Street, Suite 2400
   San Francisco, California 94104
3  Telephone: 415.617.6100
    Facsimile: 415.617.6101
4
   Attorneys for Plaintiff
5  ACE CAPITAL LIMITED on its own behalf and on behalf
   of Underwriting members of Syndicate 2488
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 ACE CAPITAL LTD on it own behalf and on behalf )   Case No.: C-07-04935 MHP
   of Underwriting members of Syndicate 2488,    )
12                                               )
            Plaintiff,                           )   **AMENDED PROOF OF SERVICE ON**
13                                               )   **NOTICE OF DISMISSAL OF ACTION**
        vs.                                      )
14                                               )
   STUBHUB, INC.                                 )
15                                               )
            Defendant.                           )
16                                               )
                                                 )
17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

---
1
AMENDED PROOF OF SERVICE ON NOTICE OF DISMISSAL OF ACTION
Case No.: C-07-04935 MHP

## AMENDED PROOF OF SERVICE

I, the undersigned, declare: I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the County of San Francisco, California, in which county the within mentioned service occurred. My business address is Cozen O'Connor, 425 California Street, Suite 1800, San Francisco, California 94104; Telephone: (415) 617-6100; Facsimile: (415) 617-6101.

On the date set forth below, I served the foregoing document(s):

**NOTICE OF DISMISSAL OF ACTION**

on the parties, through their attorneys of record, addressed as set forth below:

HOWREY LLP
Keith A. Meyer
Stephanie M. Byerly
550 South Hope Street, Suite 1100
Los Angeles, California 90071

[ ]   **(By Facsimile)** I caused each such document to be sent via telecopier to the facsimile numbers listed for each party on the Service List on this date before 6:00 p.m.

[X]   **(By First Class Mail)** I sealed each envelope and caused each, with first-class postage thereon fully prepaid, to be placed for deposit in the United States mail at San Francisco, California.

[X]   **(By Electronic Mail)** I caused each such document to be sent via electronic mail to the above counsel addressee as follows: meyerk@howrey.com. .

[ ]   **(By Federal Express/UPS)** I caused each such envelope, with shipping charges fully prepaid, to be delivered to a Federal Express/UPS pick up box at San Francisco, California for next business day delivery.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

Executed November 27, 2007, at San Francisco, California.

By: _____
Maria J. Uhl